*1076824*

# United States District Court

.05 - 663M - 01

_____ EASTERN _____ DISTRICT OF _____ VIRGINIA _____

## UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

FILED CASE NUMBER: 3:05mJ41

**SHAWN DEION SWINSON**

DEC 1 3 2005

To:    The United States Marshal
and any Authorized United States Officer

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**YOU ARE HEREBY COMMANDED** to arrest **SHAWN DEION SWINSON** and bring him forthwith to the nearest magistrate to answer a(n)

_ Indictment  _ Information  **X** Complaint  _ Order of court  _ Violation Notice  _ Probation Violation Petition

**charging him with** (brief description of offense)

Conspiracy to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance in violation of Title __21__ United States Code, Section(s) 846.

| | |
|---|---|
| Dennis W. Dohnal | United States Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| Dennis W. Dohnal | _10-11-2005_    Richmond, Virginia |
| Signature of Issuing Officer | Date and Location |
| | by |
| (By) Deputy Clerk | Name of Judicial Officer |

Bail fixed at $ _No Bond_