## United States District Court
## For the District of Columbia
### 333 Constitution Avenue, NW
### Washington, D.C. 20001
Date: 12/14/05



Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: Albert V. Bryan U.S. Courthouse
                              401 Courthouse Square
                              Alexandria, VA. 22314-5798



RE: 05MG663 (Shawn Deion Swinson)

Dear Clerk of the Court:

    Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | X | Detention Order |
| | Corporate Surety Bond | X | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other- Blotter dated 12/13/05 | | |

    Please acknowledge receipt of the above documents on the enclosed copy of this letter.

FILED
DEC 29 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Sincerely yours,

Nancy Mayer-Whittington,
Clerk of the Court

By: _____
      Deputy Clerk

Rec'd by
Deborah H. Thompson
Deputy Clerk    12-20-05